People v Shakespeare (2023 NY Slip Op 05157)

People v Shakespeare

2023 NY Slip Op 05157

Decided on October 11, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 11, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
ROBERT J. MILLER
LARA J. GENOVESI
JANICE A. TAYLOR
LAURENCE L. LOVE, JJ.

2021-09384
 (Ind. No. 8248/18)

[*1]The People of the State of New York, respondent, 
v
John Shakespeare, appellant.

Patricia Pazner, New York, NY (David P. Greenberg of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Diane R. Eisner of counsel; Lauren Slattery on the memorandum), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Vincent M. Del Giudice, J.), imposed November 30, 2021, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The sentence imposed was not excessive (see People v Suitte , 90 AD2d 80).
BRATHWAITE NELSON, J.P., MILLER, GENOVESI, TAYLOR and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court